No. 18,858.

G. W. BARKER, *Appellee,* v. J. W. MOODIE et al.,
*Appellants.*

HEADNOTE BY THE REPORTER.

PLEADINGS—*Not Attacked by Demurrer—Liberally Construed.*
When no demurrer is filed to a pleading and it is attacked
for the first time by an objection to the introduction of evi-
dence it must be liberally construed, and any cause of action
fairly indicated may be proved although neither fully nor for-
mally expressed.

Appeal from Sumner district court; CARROLL L.
SWARTS, judge. Opinion filed June 6, 1914. Reversed.

*C. E. Elliott,* and *James Lawrence,* both of Welling-
ton, for the appellants.

*W. W. Schwinn,* of Wellington, for the appellee.

*Per Curiam:* The rule is well established that when
no demurrer has been filed to a pleading, and it is at-
tacked for the first time by an objection to the intro-
duction of evidence, it must be liberally construed, and
any cause of action fairly indicated may be proved al-
though neither fully nor formally expressed. Applying
this rule, the answer fairly presented the claim that
the consideration for the dissolution settlement by the
parties was apportioned, $500 in cash being given for
the physical assets, and the note for $500 being given
for the plaintiff's agreement not to engage in business.
Consistently with this theory, counsel for the defend-
ant, in his opening statement, said that the whole con-
sideration for the note sued on was the plaintiff's
agreement not to engage in business. The plaintiff
should have been allowed to offer evidence to support
this theory.

The judgment of the district court is reversed and
the cause is remanded with direction to proceed as
indicated.